RECEIVED
MAY 15 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TIMELEHIN WIWO,<br>　　　Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:12-cv-00090 |
| VERSUS | |
| WARDEN MARINA MEDINA,<br>　　　Respondent | JUDGE　James T. Trimble, Jr.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Wiwo's Section 2241 petition attacking his federal sentence is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 15th day of May, 2012.

_____
James T. Trimble, Jr.
U.S. District Judge